UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PAULO JOSE RODRIGUEZ MORALES,

Petitioner,

v.

JEREMY CASEY, Warden, et al.,

Respondents.

Case No.: 26-CV-4703 JLS (SBC)

**ORDER AMENDING BRIEFING SCHEDULE**

Presently before the Court is Petitioner Paulo Jose Rodriguez Morales's Petition for Writ of Habeas Corpus (ECF No. 1). The Petition was referred to Federal Defenders (ECF No. 3) for evaluation, with a status report informing the court of a decision due on September 9, 2026. After Federal Defenders appeared in the case, Petitioner filed a Motion to Substitute Counsel (ECF No. 6) which the Court granted (ECF No. 8). Petitioner then filed a status report on September 8, 2026, asking the Court for thirty days to further investigate the claims and file an amended complaint (ECF No. 9).

/ / /

/ / /

/ / /

/ / /

The Court **GRANTS** Petitioner's request. Petitioner **SHALL FILE** an Amended Petition on or before October 8, 2026. The parties shall disregard the Court's prior Minute Order (ECF No. 10).

**IT IS SO ORDERED.**

Dated: September 8, 2026

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Judge