UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

PAULO JOSE RODRIGUEZ MORALES,

Petitioner,

v.

JEREMY CASEY, Warden,

Respondent.

Case No.: 26-CV-4703 JLS (SBC)

**ORDER AMENDING BRIEF SCHEDULE**

Presently before the Court is Petitioner Paulo Jose Rodriguez Morales's Petition for Writ of Habeas Corpus (ECF No. 1). The Petition was referred to Federal Defenders (ECF No. 3) and Petitioner then filed a status report asking for a thirty-day extension to further investigate the claims and file an amended complaint (ECF No. 9). This Court granted the extension. ECF No. 11.

Petitioner requests an additional thirty-day extension to receive and review the bond hearing audio recording. ECF No. 12 at 2. Good cause appearing, the Court **GRANTS** Petitioner's request.

/ / /

/ / /

/ / /

Petitioner **SHALL FILE** an Amended Petition on or before November 7, 2026. The Parties shall disregard the Court's prior schedule order (ECF No. 11).

**IT IS SO ORDERED.**

Dated: October 8, 2026

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Judge